**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:03CR25-1-MU**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **PHILLIP JOHANN ROBINSON,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**THIS MATTER** comes before the Court upon Defendant's Motion for Temporary Restraining Order with Injunction and Show Cause Order, filed October 6, 2005.

For the reasons set forth in the Government's October 13, 2005, response, this Court denies Defendant's motion.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Temporary Restraining Order with Injunction and Order to Show Cause is **DENIED**.

Signed: June 14, 2006

Graham C. Mullen
United States District Judge